# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 08, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-40203   USA v. Nunez Penaloza
                    USDC No. 5:22-CR-631-2

The court has considered the motion of United States of America and Ivan Nunez Penaloza to view non-public and/or sealed material in the record on appeal.  Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America and Ivan Nunez Penaloza may obtain all ex parte documents *filed on behalf of* United States of America and Ivan Nunez Penaloza, and all other non ex parte documents in the record.  The non-public and/or sealed materials from the record are for your review ONLY.  The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.


                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                  *Christina Rachal*
                                  By: _____
                                  Christina C. Rachal, Deputy Clerk
                                  504-310-7651

Mr. Nelson Ebaugh
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner